Timothy W. Fredricks (SBN 238039)
Richard P. Tricker (SBN 101460)
**WINGET SPADAFORA & SCHWARTZBERG LLP**
1900 Avenue of the Stars, Suite 450
Los Angeles, CA 90067
Telephone: 310.836.4800
Facsimile: 310.836.4801
Email: Fredricks.t@wssllp.com; Tricker.r@wssllp.com

Attorneys for Plaintiff-In-Intervention
SECURITY NATIONAL INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN TODD SNELSON<br><br>        Plaintiff,<br><br>   v.<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC, formerly known as FREIGJLINER CORPORATION; PENSKE TRUCK LEASING, CO., L.P; PENSKE CORPORATION; DOES 1through 200,<br><br>        Defendants,<br><br>SECURITY NATIONAL INSURANCE COMPANY,<br><br>        Plaintiff-in-Intervention,<br><br>   v.<br><br>DAIMLER TRUCKS NORTH AMERICA, LLC.; and PENSKE TRUCK LEASING, CO. L.P.<br><br>        Defendants-in-Intervention. | Case No. 3:22-CV-00551-BAS-DDL<br><br>**SECURITY NATIONAL INSURANCE COMPANY'S COMPLAINT-IN-INTERVENTION** |

COMPLAINT-IN-INTERVENTION

Plaintiff-in-Intervention Security National Insurance Company ("Security National"), and for its causes of action against Defendants-in-Intervention, and each of them, alleges as follows:

1. At all times herein mentioned, Security National was, and now is, a corporation organized and existing under and by virtue of the laws of the State of Delaware, authorized to write workers' compensations insurance in the State of California.

2. Security National insured Famous Ramona Water, Inc. against liability to its employees for medical benefits and compensation benefits under the Workers Compensation Act of the State of California.

3. On or about December 27, 2019, Plaintiff Brian Todd Snelson ("Plaintiff") was employed by Famous Ramona Water, Inc. when he sustained injuries and damages in the course and scope of that employment.

4. On December 21, 2021, Plaintiff filed an action to recover damages sustained on as a result of the foregoing accident and injuries, which action is now pending before this Court.

5. Defendants-in-Intervention Daimler Trucks North America, LLC and Penske Truck Leasing, Co. L.P. are named as defendants in Plaintiff's Complaint for Damages for Personal Injuries ("Complaint").

6. For the purposes of this Complaint-in-Intervention only, Security National incorporates herein, by this reference, as though fully set forth herein at length, each and every paragraph of the Plaintiff's Complaint on file herein.

7. As a proximate result of the negligence and other tortious conduct of Defendants-in-Intervention, and each of them, and the resulting injuries sustained by Plaintiff, Security National has been obligated to pay workers' compensation benefits to and on behalf of Plaintiff. To date, Security National has expended at least $3,119,861.85 for such medical and indemnity payments.

8. Security National is informed and believes, and on such information and belief alleges, that it will be required to pay further workers' compensation benefits to or on behalf of Plaintiff as a result of said accident and injury for an indefinite time in the future. Security National prays that when the total amount of such expenditures is ascertained, this Complaint-in-Interventions may be amended accordingly

9. Under California *Labor Code*, Section 3852, *et seq.*, and any other applicable law, Security National is subrogated to any and all rights which Plaintiff might have against Defendants-in-Intervention herein, and each of them, to recover any such amounts which it has or will expend.

**WHEREFORE,** Plaintiff-in-Intervention Security National prays for judgment against Defendants-in-Intervention, and each of them for:

1. Workers compensations benefits paid to or on behalf of Plaintiff according to proof;

2. For such other and further sums Security National may expend or become obligated to expend up to the date of satisfaction of judgment herein;

3. For prejudgment interest at the legal rate from the date of each payment by Security National;

4. For an order of the Court that out of any judgment recovered by Plaintiff herein, a sum be set aside sufficient to reimburse Security National for the amount of its expenditures to the date of satisfaction of judgment herein;

5. For Security National's attorney's fees incurred herein;

6. For costs of suit incurred herein; and

7. For such other and further relief as this Court deems just.

**WINGET SPADAFORA & SCHWARTZBERG LLP**

Dated: December 16, 2022   By: *s/ Richard P. Tricker*
Richard P. Tricker

Attorneys for Plaintiff-in-Intervention
SECURITY NATIONAL INSURANCE COMPANY

# **CERTIFICATE OF SERVICE**

The undersigned certifies that SECURITY NATIONAL INSURANCE COMPANY'S COMPLAINT-IN-INTERVENTION was filed electronically with the Clerk of the Court via the CM/ECF system which effects notification to all parties registered and designated for the CM/ECF system in this action. Participants in the case who are not registered CM/ECF users will be served by mail or by other means permitted by the court rules.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed on January 20, 2023 at Los Angeles, California.

*/s/Lluriviana Gil-Lopez*
Lluriviana Gil-Lopez