Steven Weinberger (SBN 132562)
Michael E. Medina, Jr. (AZ SBN 014846)
*(Appearing pro hac vice)*
Davis Miles McGuire Gardner
40 E. Rio Salado Parkway, Suite 425
Tempe, Arizona 85281
(480) 733-6800
sweinberger@davismiles.com
mmedina@davismiles.com

Michael Roofian (SBN 146787)
Michael Roofian & Associates, APC
11766 Wilshire Boulevard, 6th Floor
Los Angeles, CA 90025
(310) 445-3311
michael@roofianlaw.com

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Brian Todd Snelson,<br><br>         Plaintiff,<br><br>v.<br><br>Daimler Trucks North America, LLC, formerly Freightliner Corporation; and Penske Truck Leasing Co, L.P.<br><br>         Defendants. | CASE NO.: 3:22-CV-00551-BAS-DDL<br><br>**RULE 41 JOINT MOTION RE STIPULATION FOR DISMISSAL** |
| Security National Insurance Company,<br><br>     Plaintiff-In-Intervention<br>v.<br><br>Daimler Truck North America, LLC; and Penske Truck Leasing Co., L.P.,<br><br>     Defendants-In-Intervention | |

Plaintiff Brian Todd Snelson, Plaintiff-in-Intervention Security National Insurance

Company, Defendant Daimler Truck North America LLC and Defendant Penske Truck Leasing Co, LP hereby stipulate under Federal Rule of Civil Procedure 41(a)(1)(ii) that this action be dismissed with prejudice as to all claims, causes of action, and parties, with each party bearing that party's own attorney's fees and costs.

It is further stipulated that the settlements entered with Penske Truck Leasing Co. LP and Daimler Truck North America LLC were negotiated and entered into in good faith pursuant to the terms of Code of Civil Procedure section 877.6.

DATED this 7th day of May, 2024.

**DAVIS MILES, PLLC**

By: */s/ Steven Weinberger*
    Steven Weinberger, Esq.
    Michael E. Medina, Jr. Esq.
    *Attorneys for Plaintiff Brian Snelson*

**MICHAEL ROOFIAN & ASSOCIATES, APC**

By: */s/ Michael Roofian*
    Michael Roofian, Esq.
    *Attorneys for Plaintiff Brian Snelson*

**HORTON, OBERRECHT & KIRKPATRICK**

By: /s/ [*Dawn Nelms*] with permission
    Dawn C. Nelms
    *Attorney for Defendant Penske Truck Leasing, Co. L.P.*

**NELSON MULLINS RILEY & SCARBOROUGH LLP**

By: /s/ [*Philip Cosgrove*] with permission
    Philip R. Cosgrove
    *Attorneys for Defendant Daimler Truck*

1

1  *North America LLC*

2  **WINGET SPADAFORA &**
3  **SCHWARTZBERGER, LLP**

4  By: /s/ [*Richard Tricker*] with permission
          Richard P. Tricker
5         *Attorneys for Plaintiff-in-Intervention*
          *Security National Insurance Company*

## CERTIFICATE OF SERVICE

I hereby certify that on May 7, 2024, I electronically filed the foregoing document using the CM/ECF system which will send notification of such filing to the e-mail addresses registered in the CM/ECF system, as denoted on the Electronic Mail Notice List.

By: */s/ Heather Y. McLeskey*